UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WESLEY B. AMES and STANLEY R. AMES, <br><br> Plaintiffs, <br><br> v. <br><br> ED GRABLE, SR. as personal representative for the Estate of Rubye M. Ames, <br><br> Defendant. | NO: 2:13-CV-0261-TOR <br><br> ORDER ON VOLUNTARY DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Notice of Dismissal of Complaint. ECF No. 59. The stipulation is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court has reviewed the record and files herein, and is fully informed.

The parties stipulate to the dismissal of the complaint in this matter with prejudice and with all parties bearing their own fees and costs.

ORDER ON VOLUNTARY DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice and with all parties bearing their own fees and costs.

2. All pending motions are **DENIED** as moot and all hearings are **STRICKEN** from the Court's calendar.

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to the parties, and **CLOSE** the file.

DATED January 10, 2019.



THOMAS O. RICE
Chief United States District Judge