# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| WESLEY B. AMES and STANLEY R. AMES, <br> *Plaintiff* <br> v. <br> ED GRABLE, SR. as personal representative for the Estate of Rubye M. Ames, <br> *Defendant* | Civil Action No. 2:13-CV-0261-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  All claims and causes of action in this matter are DISMISSED with prejudice.


This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Thomas O. Rice   on the parties' Stipulated Notice of Dismissal of Complaint. ECF No. 59.


Date:  January 10, 2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda Hansen

Linda Hansen, Deputy Clerk